IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>CHRISTOPHER MALIK PARKS, )<br>    Defendant, )<br>and )<br>  )<br>MCCORMICK & SCHMICK )<br>RESTAURANT CORPORATION, )<br>    Garnishee. ) | CASE NO. DNCW3:03CR103<br>(Financial Litigation Unit) |

DISMISSAL OF APPLICATION FOR WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Application for Writ of Garnishment as to McCormick & Schmick Restaurant Corporation filed in this case on September 9, 2008, against the defendant Christopher M. Parks is DISMISSED.

Signed: October 22, 2008

Graham C. Mullen
United States District Judge