IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:03CR103-01 |
| | ) | (Financial Litigation Unit) |
| CHRISTOPHER MALIK PARKS, | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| THOMPSON HOSPITALITY, | ) | |
| | ) | |
| Garnishee. | ) | |

DISMISSAL OF APPLICATION FOR WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Garnishment as to Thompson Hospitality filed in this case on June 8, 2009, against the defendant Christopher M. Parks is DISMISSED.

Signed: November 18, 2009

Graham C. Mullen
United States District Judge